UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERVIN CUMMINGS,

                      Plaintiff,

                                               No. 9:14-CV-281
      -v-                                      (DNH/ATB)

CLINTON COUNTY LEGISLATURE, et al.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Ervin Cummings brought this civil rights action. On July 22, 2014, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). No objections to the Report-Recommendation were filed.

      Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

      Therefore, it is

      ORDERED that

      1. Plaintiff's complaint is DISMISSED WITH PREJUDICE as to all claims against defendants Clinton County Legislature; Commission of Correction; Clinton County Jail;

and Clinton County Medical Department;

    2. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE to plaintiff filing an amended complaint with respect to medical care claims against defendant Favro/and or others as stated in the Report-Recommendation within sixty (60) days of the date of this Decision and Order; and

    3. The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

    IT IS SO ORDERED.

_____
United States District Judge

Dated: August 26, 2014
       Utica, New York.